UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RUDOLPH M. CHIORAZZO, KATHLEEN Y. CHIORAZZO, and SOUTH SHORE AUTO WORLD OF MAYS LANDING, INC.,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 06-3382 (JEI)<br><br>**ORDER DISMISSING PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL, REINSTATE CASE AND RECLAIM OR RENEW MOTIONS FOR SUMMARY JUDGMENT AS MOOT**<br>(Docket No. 142) |

**APPEARANCES:**

PATTERSON BELKNAP WEBB & TYLER LLP
By: Argiroula Krypotos O'Leary, Esq.
    Peter C. Harvey, Esq.
1133 Avenue of the Americas
New York, NY 10036
    and
DAY PITNEY LLP
By: Richard M. Meth, Esq.
P.O. Box 1945
Morristown, NJ 07962
    Counsel for Plaintiff

MITTS MILAVEC, LLC
By: Julie B. Master, Esq.
    Todd Alan Ewan, Esq.
Two Logan Square
18th & Arch Streets, 12th Floor
Philadelphia, PA 19103
    Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court on Plaintiff's Motion to Vacate Order of Dismissal, Reinstate Case and Reclaim or Renew Motions for Summary Judgment (Docket No. 142); the Court

having received notice that this matter has been settled in principle and that the parties have filed a motion to approve a global settlement with the Bankruptcy Court; and for good cause appearing;

**IT IS** on this 6th day of August, 2008,

**ORDERED THAT:**

Plaintiff's motion is hereby **DISMISSED AS MOOT** in its entirety.

s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.